# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Tony Allen Davis                                      CHAPTER 13
         Kathryn Elizabeth Davis
                          Debtor(s)                        BKY. NO. 16-20415 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ **Maria D. Miksich**
                                        Maria Miksich
                                        14 May 2021, 10:22:20, EDT

                                    Brian C. Nicholas, Esq. (317240) ☐
                                    Maria D. Miksich, Esq. (319383) ☑
                                    Rebecca A. Solarz, Esq. (315936) ☐
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    412-430-3594
                                    bkgroup@kmllawgroup.com