Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Tony Allen Davis** | : | Case No. 16–20415–GLT |
| **Kathryn Elizabeth Davis** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 122 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/21/21 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 26th of May, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 122 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 12, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 21, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*Gregory L. Taddonio, Judge*
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tony Allen Davis  
Kathryn Elizabeth Davis  
    Debtors

Case No. 16-20415-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 3  
Date Rcvd: May 26, 2021      Form ID: 604      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tony Allen Davis, Kathryn Elizabeth Davis, 338 Morganza Road, Canonsburg, PA 15317-8547 |
| cr | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14175954 | + | Aes/m&taselt, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14175956 | + | Atlantic Crd / GE Capital Retail, P O Box 13386, Roanoke, VA 24033-3386 |
| 14244052 | + | Atlantic Credit & Finance SFU III, LLC, P.O. Box 13386, Roanoke, VA 24033-3386 |
| 14175963 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 14175957 | + | Capital One Bank, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14175961 | + | Christopher A Titus, Esq., 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14406025 | | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14175965 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14175966 | + | GECRB / DFW Furniture, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14187775 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14175971 | + | Portfolio Recovery / Synchrony Bank, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14716812 | + | Santander Consumer USA, 1010 W Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 14851382 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14203583 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2021 02:35:00 | AmeriCredit Financial Services, Inc., dba GM Finan, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14189209 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2021 02:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14175955 | + | Email/Text: bnc-applied@quantum3group.com | May 27 2021 02:38:00 | Applied Bank, 660 Plaza Dr, Newark, DE 19702-6369 |
| 14175959 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:40:20 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14175958 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:40:20 | Capital One Bank (USA) NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14240101 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:36:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14175962 | + | Email/Text: bankruptcy@clearviewfcu.org | May 27 2021 02:37:00 | Clearview Federal Credt Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14175964 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 02:35:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |

Case 16-20415-GLT   Doc 124   Filed 05/28/21   Entered 05/29/21 00:44:44   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 604 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14221782 | + | Email/Text: bankruptcy@sccompanies.com<br>May 27 2021 02:39:00 | | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14175967 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>May 27 2021 02:35:00 | | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14175968 | | Email/Text: sbse.cio.bnc.mail@irs.gov<br>May 27 2021 02:35:00 | | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14175960 | | Email/PDF: ais.chase.ebn@americaninfosource.com<br>May 27 2021 01:40:17 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14175969 | + | Email/Text: BKRMailOPS@weltman.com<br>May 27 2021 02:35:00 | | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14187283 | + | Email/Text: camanagement@mtb.com<br>May 27 2021 02:35:00 | | Lakeview Loan Servicing, LLC, c/o M&T Bank, 1100 Wherle Drive, Williamsville, NY 14221-7748 |
| 14175970 | | Email/Text: camanagement@mtb.com<br>May 27 2021 02:35:00 | | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14222938 | + | Email/Text: bankruptcydpt@mcmcg.com<br>May 27 2021 02:37:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14175972 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>May 27 2021 01:40:28 | | Portfolio Recovery Associates LLC, 120 Corporrate Blvd., Norfolk, VA 23502 |
| 14196227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>May 27 2021 01:36:36 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14211294 | | Email/Text: bnc-quantum@quantum3group.com<br>May 27 2021 02:36:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14178969 | | Email/Text: bnc-quantum@quantum3group.com<br>May 27 2021 02:36:00 | | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14175973 | + | Email/Text: bankruptcy@sccompanies.com<br>May 27 2021 02:39:00 | | Through The Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14178992 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov<br>May 27 2021 01:40:19 | | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14175974 | + | Email/Text: bankrupt-adjdept@wesbanco.com<br>May 27 2021 02:38:00 | | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC c/o M& T Bank |
| cr | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 14228472 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, PO Box 117, Columbus, OH 43216 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Thalman | on behalf of Creditor Wesbanco Bank Inc andrewthalman@pgka.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Lakeview Loan Servicing LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| David A. Rice | on behalf of Debtor Tony Allen Davis ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Kathryn Elizabeth Davis ricelaw1@verizon.net lowdenscott@gmail.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Kathryn Elizabeth Davis niclowlgl@comcast.net |
| Scott R. Lowden | on behalf of Debtor Tony Allen Davis niclowlgl@comcast.net |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc., dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Miller | on behalf of Creditor Lakeview Loan Servicing LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |

TOTAL: 12