**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TONY ALLEN DAVIS
KATHRYN ELIZABETH DAVIS
    Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:16-20415

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 02/09/2016  and confirmed on 3/17/16 .  The case was subsequently          Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 126,875.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 126,875.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 11,090.01 | |
|    Trustee Fee | 6,023.35 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,113.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 57,444.06 | 0.00 | 57,444.06 |
|     Acct: 2404 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 2,739.20 | 2,739.20 | 0.00 | 2,739.20 |
|     Acct: 2404 | | | | |
|   WESBANCO BANK INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8563 | | | | |
|   QUANTUM3 GROUP LLC AGNT - STERLIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1622 | | | | |
|   CLEARVIEW FCU** | 25,731.57 | 25,731.57 | 3,004.48 | 28,736.05 |
|     Acct: 6011 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 3,066.81 | 3,066.81 | 627.27 | 3,694.08 |
|     Acct: 1957 | | | | |
|   US DEPARTMENT OF HUD(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4222 | | | | |
| | | | | 92,613.39 |
| **Priority** | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TONY ALLEN DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 5,548.71 | 5,548.71 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-18 | | | | |
|   RICE AND ASSOCIATES | 2,541.30 | 2,541.30 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-21 | | | | |
|   RICE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 236.28 | 236.28 | 0.00 | 236.28 |
|     Acct: 9653 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 8,697.78 | 0.00 | 8,697.78 |
|     Acct: 3919 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 5.17 | 5.17 | 0.00 | 5.17 |
|     Acct: XXXXXXXXXXXXXXXXXXXXX INC | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 8,939.23 |
| Unsecured | | | | |
| ECMC(*) | 5,344.01 | 280.08 | 0.00 | 280.08 |
| Acct: 9653 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO | 3,732.83 | 195.64 | 0.00 | 195.64 |
| Acct: 4069 | | | | |
| ATLANTIC CREDIT & FINANCE INC++ | 98.05 | 98.05 | 0.00 | 98.05 |
| Acct: 5835 | | | | |
| MIDLAND FUNDING LLC | 1,058.67 | 55.48 | 0.00 | 55.48 |
| Acct: 3665 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,679.48 | 192.84 | 0.00 | 192.84 |
| Acct: 5601 | | | | |
| MIDLAND FUNDING LLC | 706.30 | 37.02 | 0.00 | 37.02 |
| Acct: 4914 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6268 | | | | |
| COLUMBIA GAS OF PA INC(*) | 673.04 | 35.27 | 0.00 | 35.27 |
| Acct: 9653 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,348.00 | 70.65 | 0.00 | 70.65 |
| Acct: 8310 | | | | |
| US DEPARTMENT OF EDUCATION | 110,670.22 | 5,800.17 | 0.00 | 5,800.17 |
| Acct: 9653 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| US DEPARTMENT OF EDUCATION | 4,657.22 | 244.08 | 0.00 | 244.08 |
| Acct: 9653 | | | | |
| GECRB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3563 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 3,228.39 | 169.20 | 0.00 | 169.20 |
| Acct: 3563 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,443.84 | 75.67 | 0.00 | 75.67 |
| Acct: 7967 | | | | |
| COUNTRY DOOR | 679.10 | 35.59 | 0.00 | 35.59 |
| Acct: 0530 | | | | |
| INTERNAL REVENUE SERVICE* | 45.17 | 2.37 | 0.00 | 2.37 |
| Acct: 9653 | | | | |
| WESBANCO BANK INC(*) | 14,161.58 | 742.20 | 0.00 | 742.20 |
| Acct: 8563 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 3,333.61 | 174.71 | 0.00 | 174.71 |
| Acct: 1957 | | | | |
| WILLIAM E MILLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BLATT HASENMILLER LEIBSKER & MOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,209.02 |

TOTAL PAID TO CREDITORS                                                109,761.64

```
TOTAL CLAIMED
 PRIORITY              241.45
 SECURED            31,537.58
 UNSECURED         154,859.51
```

Date: 05/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    TONY ALLEN DAVIS<br>    KATHRYN ELIZABETH DAVIS<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>        vs.<br>    No Repondents. | Case No.:16-20415<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.


                                                    BY THE COURT:


                                                    _____
                                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tony Allen Davis  
Kathryn Elizabeth Davis  
    Debtors

Case No. 16-20415-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tony Allen Davis, Kathryn Elizabeth Davis, 338 Morganza Road, Canonsburg, PA 15317-8547 |
| cr | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14175954 | + | Aes/m&taselt, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14175956 | + | Atlantic Crd / GE Capital Retail, P O Box 13386, Roanoke, VA 24033-3386 |
| 14244052 | + | Atlantic Credit & Finance SFU III, LLC, P.O. Box 13386, Roanoke, VA 24033-3386 |
| 14175963 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 14175957 | + | Capital One Bank, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14175961 | + | Christopher A Titus, Esq., 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14406025 | | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14175965 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14175966 | + | GECRB / DFW Furniture, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14187775 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14175971 | + | Portfolio Recovery / Synchrony Bank, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14716812 | + | Santander Consumer USA, 1010 W Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 14851382 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14203583 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2021 02:35:00 | AmeriCredit Financial Services, Inc., dba GM Finan, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14189209 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2021 02:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14175955 | + | Email/Text: bnc-applied@quantum3group.com | May 27 2021 02:38:00 | Applied Bank, 660 Plaza Dr, Newark, DE 19702-6369 |
| 14175959 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:40:20 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14175958 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:38:23 | Capital One Bank (USA) NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14240101 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:36:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14175962 | + | Email/Text: bankruptcy@clearviewfcu.org | May 27 2021 02:37:00 | Clearview Federal Credt Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14175964 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 02:35:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14221782 | + | Email/Text: bankruptcy@sccompanies.com | May 27 2021 02:39:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14175967 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2021 02:35:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14175968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 27 2021 02:35:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14175960 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 01:40:17 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14175969 | + | Email/Text: BKRMailOPS@weltman.com | May 27 2021 02:35:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14187283 | + | Email/Text: camanagement@mtb.com | May 27 2021 02:35:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, 1100 Wherle Drive, Williamsville, NY 14221-7748 |
| 14175970 | | Email/Text: camanagement@mtb.com | May 27 2021 02:35:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14222938 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14175972 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2021 01:38:32 | Portfolio Recovery Associates LLC, 120 Corporrate Blvd., Norfolk, VA 23502 |
| 14196227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2021 01:38:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14211294 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 02:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14178969 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 02:36:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14175973 | + | Email/Text: bankruptcy@sccompanies.com | May 27 2021 02:39:00 | Through The Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14178992 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 27 2021 01:40:19 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14175974 | + | Email/Text: bankrupt-adjdept@wesbanco.com | May 27 2021 02:38:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC c/o M& T Bank |
| cr | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 14228472 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, PO Box 117, Columbus, OH 43216 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 16-20415-GLT    Doc 125    Filed 05/28/21    Entered 05/29/21 00:44:44    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: jhel | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 40 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

**Name**    **Email Address**

Andrew R. Thalman
  on behalf of Creditor Wesbanco Bank Inc andrewthalman@pgka.com

Brian Nicholas
  on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Christopher M. McMonagle
  on behalf of Creditor Lakeview Loan Servicing  LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

David A. Rice
  on behalf of Debtor Tony Allen Davis ricelaw1@verizon.net lowdenscott@gmail.com

David A. Rice
  on behalf of Joint Debtor Kathryn Elizabeth Davis ricelaw1@verizon.net lowdenscott@gmail.com

Maria Miksich
  on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Scott R. Lowden
  on behalf of Joint Debtor Kathryn Elizabeth Davis niclowlgl@comcast.net

Scott R. Lowden
  on behalf of Debtor Tony Allen Davis niclowlgl@comcast.net

William E. Craig
  on behalf of Creditor AmeriCredit Financial Services  Inc., dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Miller
  on behalf of Creditor Lakeview Loan Servicing  LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 12