| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tony Allen Davis** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9653 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Kathryn Elizabeth Davis** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7899 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–20415–GLT** | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tony Allen Davis                                    Kathryn Elizabeth Davis

<u>7/13/21</u>                                      **By the court:**    <u>Gregory L. Taddonio</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20415-GLT |
| Tony Allen Davis | Chapter 13 |
| Kathryn Elizabeth Davis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 3 |
| Date Rcvd: Jul 13, 2021 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tony Allen Davis, Kathryn Elizabeth Davis, 338 Morganza Road, Canonsburg, PA 15317-8547 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14175954 | + | Aes/m&taselt, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14175956 | + | Atlantic Crd / GE Capital Retail, P O Box 13386, Roanoke, VA 24033-3386 |
| 14244052 | + | Atlantic Credit & Finance SFU III, LLC, P.O. Box 13386, Roanoke, VA 24033-3386 |
| 14175963 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 14175957 | + | Capital One Bank, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14175961 | + | Christopher A Titus, Esq., 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14175965 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14175966 | + | GECRB / DFW Furniture, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14187775 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14175971 | + | Portfolio Recovery / Synchrony Bank, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14203583 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 14 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 14 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Jul 14 2021 03:13:00 | AmeriCredit Financial Services, Inc., dba GM Finan, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | EDI: ECMC.COM | Jul 14 2021 03:13:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14189209 | + | EDI: PHINAMERI.COM | Jul 14 2021 03:13:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14175955 | + | EDI: APPLIEDBANK.COM | Jul 14 2021 03:13:00 | Applied Bank, 660 Plaza Dr, Newark, DE |

Case 16-20415-GLT    Doc 130    Filed 07/15/21    Entered 07/16/21 00:31:30    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 13, 2021 | Form ID: 3180W | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | 19702-6369 |
| 14175959 | | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14175958 | + | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | Capital One Bank (USA) NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14240101 | | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14175962 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 13 2021 23:14:00 | Clearview Federal Credt Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14175964 | + | EDI: WFNNB.COM | Jul 14 2021 03:13:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 14221782 | + | EDI: CBS7AVE | Jul 14 2021 03:13:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14406025 | | EDI: ECMC.COM | Jul 14 2021 03:13:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14175967 | + | EDI: PHINAMERI.COM | Jul 14 2021 03:13:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14175968 | | EDI: IRS.COM | Jul 14 2021 03:13:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14175960 | | EDI: JPMORGANCHASE | Jul 14 2021 03:13:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14175969 | + | Email/Text: BKRMailOPS@weltman.com | Jul 13 2021 23:14:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14187283 | + | Email/Text: camanagement@mtb.com | Jul 13 2021 23:14:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, 1100 Wherle Drive, Williamsville, NY 14221-7748 |
| 14175970 | | Email/Text: camanagement@mtb.com | Jul 13 2021 23:14:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14222938 | + | EDI: MID8.COM | Jul 14 2021 03:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14175972 | | EDI: PRA.COM | Jul 14 2021 03:13:00 | Portfolio Recovery Associates LLC, 120 Corporrate Blvd., Norfolk, VA 23502 |
| 14196227 | | EDI: PRA.COM | Jul 14 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14211294 | | EDI: Q3G.COM | Jul 14 2021 03:13:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14178969 | | EDI: Q3G.COM | Jul 14 2021 03:13:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14716812 | + | EDI: DRIV.COM | Jul 14 2021 03:13:00 | Santander Consumer USA, 1010 W Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 14851382 | + | EDI: DRIV.COM | Jul 14 2021 03:13:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14175973 | + | EDI: CBS7AVE | Jul 14 2021 03:13:00 | Through The Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14178992 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 13 2021 23:25:34 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14175974 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jul 13 2021 23:14:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Lakeview Loan Servicing, LLC c/o M& T Bank |
| cr | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 14228472 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, PO Box 117, Columbus, OH 43216 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Thalman | on behalf of Creditor Wesbanco Bank Inc andrewthalman@pgka.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Lakeview Loan Servicing  LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| David A. Rice | on behalf of Debtor Tony Allen Davis ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Kathryn Elizabeth Davis ricelaw1@verizon.net  lowdenscott@gmail.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Kathryn Elizabeth Davis niclowlgl@comcast.net |
| Scott R. Lowden | on behalf of Debtor Tony Allen Davis niclowlgl@comcast.net |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc., dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Miller | on behalf of Creditor Lakeview Loan Servicing  LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |

TOTAL: 12