**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/13/21 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
TONY ALLEN DAVIS
KATHRYN ELIZABETH DAVIS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-20415

Chapter 13

Related to Dkt. No. 122

## ORDER OF COURT

AND NOW, this 13th day of July 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO  jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20415-GLT |
| Tony Allen Davis | Chapter 13 |
| Kathryn Elizabeth Davis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 3 |
| Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tony Allen Davis, Kathryn Elizabeth Davis, 338 Morganza Road, Canonsburg, PA 15317-8547 |
| cr | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14175954 | + | Aes/m&taselt, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14175956 | + | Atlantic Crd / GE Capital Retail, P O Box 13386, Roanoke, VA 24033-3386 |
| 14244052 | + | Atlantic Credit & Finance SFU III, LLC, P.O. Box 13386, Roanoke, VA 24033-3386 |
| 14175963 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 14175957 | + | Capital One Bank, 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14175961 | + | Christopher A Titus, Esq., 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 14406025 | | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14175965 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14175966 | + | GECRB / DFW Furniture, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14187775 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14175971 | + | Portfolio Recovery / Synchrony Bank, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14716812 | + | Santander Consumer USA, 1010 W Mockingbird Lane, Suite 100, Dallas, TX 75247-5126 |
| 14851382 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14203583 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 13 2021 23:14:00 | AmeriCredit Financial Services, Inc., dba GM Finan, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14189209 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 13 2021 23:14:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14175955 | + | Email/Text: bnc-applied@quantum3group.com | Jul 13 2021 23:14:00 | Applied Bank, 660 Plaza Dr, Newark, DE 19702-6369 |
| 14175959 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:25:43 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14175958 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:25:36 | Capital One Bank (USA) NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14240101 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:25:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14175962 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 13 2021 23:14:00 | Clearview Federal Credt Union, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14175964 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 23:14:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |

Case 16-20415-GLT  Doc 131  Filed 07/15/21  Entered 07/16/21 00:31:30  Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14221782 | + | Email/Text: bankruptcy@sccompanies.com | Jul 13 2021 23:14:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14175967 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 13 2021 23:14:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14175968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2021 23:14:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14175960 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 13 2021 23:25:42 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14175969 | + | Email/Text: BKRMailOPS@weltman.com | Jul 13 2021 23:14:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14187283 | + | Email/Text: camanagement@mtb.com | Jul 13 2021 23:14:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, 1100 Wherle Drive, Williamsville, NY 14221-7748 |
| 14175970 | | Email/Text: camanagement@mtb.com | Jul 13 2021 23:14:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14222938 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2021 23:14:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14175972 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2021 23:25:28 | Portfolio Recovery Associates LLC, 120 Corporrate Blvd., Norfolk, VA 23502 |
| 14196227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2021 23:25:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14211294 | | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2021 23:14:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14178969 | | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2021 23:14:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14175973 | + | Email/Text: bankruptcy@sccompanies.com | Jul 13 2021 23:14:00 | Through The Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14178992 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 13 2021 23:25:34 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14175974 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jul 13 2021 23:14:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC c/o M& T Bank |
| cr | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 14228472 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, PO Box 117, Columbus, OH 43216 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Thalman | on behalf of Creditor Wesbanco Bank Inc andrewthalman@pgka.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Lakeview Loan Servicing LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| David A. Rice | on behalf of Debtor Tony Allen Davis ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Kathryn Elizabeth Davis ricelaw1@verizon.net lowdenscott@gmail.com |
| Maria Miksich | on behalf of Creditor Lakeview Loan Servicing LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Kathryn Elizabeth Davis niclowlgl@comcast.net |
| Scott R. Lowden | on behalf of Debtor Tony Allen Davis niclowlgl@comcast.net |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc., dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| William E. Miller | on behalf of Creditor Lakeview Loan Servicing LLC wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |

TOTAL: 12